FILED

04/17/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0572

**IN THE SUPREME COURT OF THE STATE OF MONTANA**

No. DA 23-0572

SCARLET VANGARDEREN, et. al.

*Plaintiffs-Appellees*

v.

STATE OF MONTANA, et.al.

*Defendants-Appellants*

---

ORDER

---

Upon the unopposed motion of Compassion & Choices for leave to file an *Amicus Curiae* brief in this matter, and good cause appearing, therefore,

IT IS ORDERED that Compassion & Choices may file an *Amicus Curiae* brief. The brief shall be filed on or before April 18, 2024.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 17 2024